**John PHILLIPS, Movant/Appellant,**

v.

**STATE of Missouri,
Defendant/Respondent.**

**No. ED 80372.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 11, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 7, 2002.

Application for Transfer Denied
Sept. 24, 2002.

Nancy Vincent, Assistant Public Defender, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

John Phillips (Movant) appeals from a judgment denying without an evidentiary hearing his motion for post-conviction re-

lief filed under Rule 24.035.[1] We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court's judgment is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

---

**1.** All rule references are to Mo. R.Crim. P.2002, unless otherwise indicated.